# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

IN RE: Ildefonso Luis Baerga Valenzuela
Clarisa Rodriguez-Baerga
Debtor(s)

Chapter 13
Case No. 25 B 04476
Judge David H. DeCelles

## Notice of Motion and Certificate of Service

Ildefonso Luis Baerga Valenzuela
5530 S McVicker Ave
Chicago, IL 60638

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

Clarisa Rodriguez-Baerga
5530 S McVicker Ave
Chicago, IL

On September 04, 2026 at 9:30 am, I will appear before the Honorable David H. DeCelles, or any judge sitting in that judge's place, either in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 615, Chicago, IL 60604 or electronically as described below, and present this motion, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 711 3453 and the password is 477854. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

I, an attorney, certify under penalty of perjury that this office caused a copy of this notice and the attached motion to be delivered to the persons named above by U.S. mail or by the methods indicated on Wednesday, August 26, 2026.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | |
|---|---|
| IN RE: Ildefonso Luis Baerga Valenzuela<br>Clarisa Rodriguez-Baerga<br>Debtor(s) | Chapter 13<br>Case No. 25 B 04476<br>Judge David H. DeCelles |

# Motion to Dismiss for Material Default

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c), and in support thereof respectfully states the following:

1. The Debtors filed for Chapter 13 relief on March 24, 2025.
2. The Debtors' plan was Confirmed on August 4, 2025.
3. The Debtors' confirmed plan requires the debtor to submit tax returns and refunds to the Trustee starting with tax year 2025.
4. The Debtors have failed to tender either the 2025 tax return(s) or refund.
5. The failure to tender the tax return and refund constitutes a material default of the Debtors' confirmed plan.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300